IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ANTONIO G. COBOS, | § § § | |
| Petitioner, | § § | |
| v. | § § | Cause No. EP-14-CV-0469-FM |
| UNITED STATES OF AMERICA, | § § | EP-11-CR-3019-FM(1) |
| Respondent. | § § § | |

### ORDER OF RECUSAL

On this day, the Court considered the above-captioned cause. In conformity with existing ethical guidelines, the Court is of the opinion that it should recuse itself from this matter, **EP-14-CV-0469-FM,** and from **EP-11-CR-3019-FM(1)** as it pertains to defendant **ANTONIO G. COBOS**.

Accordingly, **IT IS ORDERED** that the above-referenced cause be removed from this Court's docket and returned to the District Clerk for reassignment. Pursuant to the most current Order Assigning the Business of the Court, the Clerk shall credit this case to the percentage of business of the receiving Judge.

SIGNED this 5th day of **JANUARY, 2015**.

_____
FRANK MONTALVO
UNITED STATES DISTRICT JUDGE