IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ANTONIO GUILLERMO COBOS, § | |
| Fed. Reg. No. 87328-280, § | |
| Movant, § | EP-14-CV-469-DCG |
| § | EP-11-CR-3019-DCG-1 |
| v. § | |
| § | |
| UNITED STATES OF AMERICA, § | |
| Respondent. § | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order the Court signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Movant Antonio Guillermo Cobos's motion to vacate, correct, or set aside a sentence pursuant to 28 U.S.C. § 2255 is **DENIED**, and his civil cause is **DISMISSED WITH PREJUDICE**.

**IT IS ALSO ORDERED** that Movant Antonio Guillermo Cobos is **DENIED** a **CERTIFICATE OF APPEALABILITY**.

**IT IS FINALLY ORDERED** that the Clerk shall **CLOSE** these cases.

**SIGNED** on this 23rd day of July 2015.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE