PROB 12B ( 7/93)

# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TEXAS



FILED
2019 FEB -6  PM 3: 13

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Antonio Guillermo Cobos, aka: Anthony Cobos

**Case Number:** EP-11-CR-3019FM(1)

**Name of Sentencing Judicial Officer:** Frank Montalvo, U.S. District Judge

**Date of Original Sentence:** January 3, 2014

**Original Offense:** Conspiring to commit mail fraud and the deprivation of honest services, a violation of 18 U.S.C. §§§ 1324, 1346 & 1349

**Original Sentence:** Forty-eight (48) months of imprisonment, followed by a three (3) year term of supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** July 24, 2017

---

### PETITIONING THE COURT

[ ]  To extend the term of supervision for ____ years, for a total term of ____ years.

[√]  To modify the conditions of supervision as follows:

1. The defendant shall provide the probation officer access to any requested financial information.

2. The defendant upon the request of the probation office, authorize release of any and all financial information, to include income records, income tax records, and social security records, by execution of a release of financial information form or by other appropriate means.

3. The defendant shall not work in any type of employment without the prior approval of the probation officer.

4. The defendant shall not engage in self-employment activities without first consulting and obtaining approval from the Court or the probation officer.

Case 3:11-cr-03019-DCG   Document 394   Filed 02/06/19   Page 2 of 3

Antonio Guillermo Cobos, aka: Anthony Cobos
Docket No. EP-11-CR-3019FM(1)
Request for Modifying the Conditions or Term of Supervision
Page 2

## CAUSE

Since the commenced of his supervised release term on July 24, 2017, Mr. Cobos has experienced difficulty in securing and maintaining stable employment and is exploring the possibility of becoming self-employed. As such, due to the nature of this offense and to better supervise Mr. Cobos employment and financial activities, it is recommended that the terms of supervised release be modified to include the above mentioned conditions. On January 29, 2019, Cobos agreed to the modifications of his supervision conditions and signed the attached, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision.

Respectfully submitted,

*[signature]*

Josefina M. Lazalde
U.S. Probation Officer
Office (915) 585-5544
Cellular (915) 861-8653
Date: February 1, 2019

Approved by,

*[signature]*

Otis L. Martin
Supervising U.S. Probation Officer
Office (915) 585-6563
Cellular (915) 861-8288

---

## THE COURT ORDERS:

[ ] No action.

[ ] The extension of supervision as noted above.

[✓] The modification of conditions as noted above.

[ ] Other

*[signature]*

Frank Montalvo, U.S. District Judge

2/4/19

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by Law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall provide the probation officer access to any requested financial information.

2. The defendant upon the request of the probation office, authorize release of any and all financial information, to include income records, income tax records, and social security records, by execution of a release of financial information form or by other appropriate means.

3. The defendant shall not work in any type of employment without the prior approval of the probation officer.

4. The defendant shall not engage in self-employment activities without first consulting and obtaining approval from the Court or the probation officer.

Witness: _____
Josefina M. Lazalde
U.S. Probation Officer

Signed X _____
Antonio Guillermo Cobos aka: Anthony Cobos
Supervised Releasee

1/29/2019
Date